**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

                                       Case No.: 8:13-cv-00777-MSS-AEP

v.

ROBERT ESPOSITO

     Defendant.

_____/

**<u>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT</u>**

     COMES NOW the Defendant, ROBERT ESPOSITO by and through his undersigned legal counsel and hereby files his Answer and Affirmative Defenses to Complaint as follows.

**<u>ANSWER</u>**

     1.     Defendant is without knowledge, therefore Denied.

     2.     Defendant would Admit he is a resident of Hillsborough County, Florida within the jurisdiction of this Court.

     3.     Defendant is without knowledge, therefore Denied.

     4.     Defendant would Deny.

**<u>AFFIRMATIVE DEFENSES</u>**

     1.     Defendant asserts that he paid the debt owed to Plaintiff.

     2.     Defendant asserts that Plaintiff failed to properly account for and credit payments made by Defendant.

3.       Defendant asserts that Plaintiff failed to state causes of action upon which relief can be granted.

4.       Defendant asserts the defense of Statute of Limitations.

Defendant reserves the right to add affirmative defenses as warranted by ongoing discovery, investigation, or as otherwise permitted by law or Court Order.

WHEREFORE, based upon, but not limited to, the foregoing, Defendant respectfully requests the Court to enter a judgment in favor of Defendant, to award fees and costs as allowed by applicable law, to enter an order dismissing this proceeding, and for such further relief as is just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2013, the above document was electronically filed with the Clerk of Court by using the Court's Electronic Case Filing System, and relied upon the system's automatic service of this document to Defendant's counsel.

 s/ James A. Wardell
JAMES A. WARDELL, ESQUIRE
WARDELL & QUEZON, P.A.
805 W. Azeele Street
Tampa, Florida 33606
Telephone:  (813) 387-3333
Facsimile:  (813) 387-3050
Florida Bar No.:  0868061
jwardell@jawlaw.net